## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DEBORAH LAUFER, Individually,** | : |
| | : **Case No.: 2:20-cv-10324** |
| **Plaintiffs,** | : |
| **v.** | : |
| | : |
| **CAPRI LITTLE FERRY LLC, A New** | : |
| **Jersey Corporation,** | : |
| | : |
| **Defendant.** | : |
| _____ | : |

## NOTICE OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL

Plaintiff, by and through undersigned counsel, hereby notifies this Court pursuant to  FRCP 41(a)(1)(A)(i) that this action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.


Dated: September 22, 2020


*/s/ Tristan W. Gillespie*
Tristan W. Gillespie, Esq.

THOMAS B. BACON, P.A.
5150 Cottage Farm Rd.
Johns Creek, GA 30022

ATTORNEYS FOR PLAINTIFF,
DEBORAH LAUFER

1

**ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), IT IS ORDERED THAT

THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to

all claims, causes of action, and parties, with each party bearing that party's own

attorney's fees and costs. The Clerk is directed to close the file.


Dated: September 22, 2020


*s/Susan D. Wigenton*
UNITED STATES DISTRICT JUDGE
*Dated: September 23, 2020*